1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| LONDA SCOGGINS, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:05-cv-00175 AWI SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 2 week extension of time, until October 5, 2005, in which to file and serve Objections to Findings and Recommendation to Dismiss Plaintiff's Complaint.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated: September 20, 2005 /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: September 20, 2005

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN

7 | Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | Dated: 9/26/2005

10 | /s/ Sandra M. Snyder
SANDRA M. SNYDER

11 | United States Magistrate Judge